**Fill in this information to identify the case:**

Debtor 1   Karen Odachowski

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____   District of **MD**
                                                         (State)

Case number   13-25155-RAG

---

Form 4100R

# Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |

**Name of creditor:**   US Bank Trust National Association, asTrustee of the SCIG Series III Trust

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account:   8  3  1  4

**Property address:**   1674 Jarrettsville Rd.
                        Number     Street

                        _____

                        Jarrettsville, MD 21084
                        City              State    ZIP Code

| Part 2: | Prepetition Default Payments |

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

| Part 3: | Postpetition Mortgage Payment |

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   12 / 1 / 2018
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                   (a)  $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:            + (b)  $ _____

c.  **Total**. Add lines a and b.                                              (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/____/_____
                                                                           MM / DD / YYYY

---

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **1**

Debtor 1  __Karen Odachowski__          Case number (*if known*) __13-25155-RAG__
         First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Michelle Ghidotti-Gonsalves              Date __12__/__21__/__2018__
   Signature

Print   __Michelle Ghidotti-Gonsalves__         Title __Authorized Agent__
        First Name   Middle Name   Last Name

Company  __The Law Offices of Michelle Ghidotti__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  __1920 Old Tustin Ave.__
         Number         Street

         __Santa Ana__          __CA__       __92705__
         City                   State        ZIP Code

Contact phone  ( __949__ ) __427__ – __2010__        Email __mghidotti@ghidottilaw.com__

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **2**

1  Kristin Zilberstein, Esq. (SBN 200041)
2  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
   LAW OFFICES OF MICHELLE GHIDOTTI
3  1920 Old Tustin Ave
   Santa Ana, CA 92705
4  Ph:  (949) 427-2010
   Fax: (949) 427-2732
5  kzilberstein@ghidottilaw.com

6
   Authorized Agent for Creditor
7  US Bank Trust National Association, as Trustee of the SCIG Series III Trust

8                       UNITED STATES BANKRUPTCY COURT

9                   DISTRICT OF MARYLAND – BALTIMORE DIVISION

10

11 | In Re:                              ) CASE NO.:  13-25155
                                         )
12 | Karen L Odachowski,                 ) CHAPTER 13
                                         )
13 |        Debtors.                     ) **CERTIFICATE OF SERVICE**
                                         )

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On December 21, 2018 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Karen L Odachowski<br>1674 Jarrettsville Road<br>Jarrettsville, MD 21084<br><br>**Debtor's Counsel**<br>Edward C. Christman, Jr.<br>Christman & Fascetta, LLC<br>810 Gleneagles Court<br>Suite 301<br>Towson, MD 21286 | **Chapter 13 Trustee**<br>Robert S. Thomas, II<br>300 E Joppa Road, Suite 409<br>Towson, MD 21286 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on December 21, 2018 at Santa Ana, California

/*s / Krystle Miller*
Krystle Miller